NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN A. WILSON,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2014-3206

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-12-0101-I-1.

---

## JUDGMENT

---

STUART A. MILLER, Kitchens New Cleghorn LLC, Atlanta, GA, argued for petitioner. Also represented by JOYCE E. KITCHENS.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM; MORGAN E. REHRIG, Law Department, United States Postal Service, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 2, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court